MARTHA E. HAYWARD, Individually and as Administratrix with the ·Will Annexed of JAY C. WEMPLE, Deceased, Respondent, *v.* CAROLINE M. WEMPLE et al., Respondents.

THE ESSEX REALTY COMPANY, Appellant; WILLIAM B. HURD, JR., Respondent.

*Hayward* v. *Wemple*, 152 App. Div. 195, 201, affirmed.
(Argued October 8, 1912; decided October 22, 1912.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1912, the first of which affirmed an order of Special Term denying an application by appellant herein, purchaser at a partition sale, to be relieved from his purchase, and the second of which affirmed an order of Special Term denying his application for the appointment of a referee to take testimony in relation thereto.

*Abram I. Elkus, Carlisle J. Gleason* and *Wesley S. Sawyer* for appellant.

*William N. Dykman* and *Owen N. Brown* for plaintiff, respondent.

*Louis Marshall* for Caroline M. Bovee, defendant, respondent.

Order affirming order denying application of purchaser to be relieved from purchase affirmed, with costs. Appeal from order affirming order denying application for a reference dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.